**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2506**

---

ANDRE LAMONT LYNCH, SR.,

                              Plaintiff - Appellant,

        versus

ANNE ARUNDEL COUNTY, MARYLAND,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-00-1282-JFM)

---

Submitted:  March 6, 2001          Decided:  April 2, 2001

---

Before NIEMEYER, LUTTIG, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Andre Lamont Lynch, Sr., Appellant Pro Se.  Julie Theresa Sweeney,
ANNE ARUNDEL COUNTY OFFICE OF LAW, Annapolis, Maryland, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andre Lamont Lynch, Sr. appeals the district court's order dismissing his employment discrimination action pursuant to Fed. R. Civ. P. 37(b)(2)(C) for failure to comply with discovery. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Lynch v. Anne Arundel County, No. CA-00-1282-JFM (D. Md. Oct. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED